# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SUPERIOR CONSULTING SERVICES, INC.**,

      **Plaintiff,**

v.                                   Case No: 6:16-cv-2001-Orl-31GJK

**SHAKLEE CORPORATION and SHAKLEE U.S., LLC,**

      **Defendants.**

# ORDER

This cause comes before the Court on Shaklee Defendants' Motion to Strike Declarations from undisclosed Witnesses (Doc. No. 221) filed January 19, 2018.

On March 7, 2018, the United States Magistrate Judge issued a report (Doc. No. 269) recommending that the motion be granted in part and denied in part. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Shaklee Defendants' Motion to Strike Declarations from undisclosed Witnesses is **GRANTED IN PART AND DENIED IN PART** as set forth in the Report and Recommendation.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 26, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party