# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SUPERIOR CONSULTING SERVICES, INC.,**

    **Plaintiff,**

v.                                Case No: 6:16-cv-2001-Orl-31GJK

**SHAKLEE CORPORATION and SHAKLEE U.S., LLC,**

    **Defendants.**

## ORDER

This cause comes before the Court on Plaintiff's *Daubert* Motion as to Arthur Herold, M.D. (Doc. 183), filed January 12, 2018.

On May 31, 2018, the United States Magistrate Judge issued a report (Doc. 325) recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. Plaintiff's *Daubert* Motion as to Arthur Herold, M.D. is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 20, 2018.

                                               GREGORY A. PRESNELL
                                               UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party